ACCEPTED
08-15-00041-CR
EIGHTH COURT OF APPEALS
EL PASO, TEXAS
10/8/2015 2:14:19 PM
DENISE PACHECO
CLERK

**No. 08-15-00041-CR**

**IN THE
COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS**

FILED IN
8th COURT OF APPEALS
EL PASO, TEXAS

10/8/2015 2:14:19 PM

DENISE PACHECO
Clerk

**EMMANUEL EUTIMIO DELGADO**             **APPELLANT**

**V.**

**THE STATE OF TEXAS**             **APPELLEE**

---

**STATE'S SECOND MOTION
FOR AN EXTENSION OF TIME TO FILE THE STATE'S BRIEF**

**TO THE COURT OF APPEALS, EIGHTH DISTRICT OF TEXAS:**

COMES NOW, the State of Texas in the above styled and numbered cause, pursuant to Rule 10.5(b) and Rule 38.6(d) of the Texas Rules of Appellate Procedure, and requests an extension of time in which to file the State's brief, and would show the Court as follows:

1. Appellant was convicted of family-violence assault in the County Criminal Court Number Four of El Paso County, Texas, in a case styled, *The State of Texas v. Emmanuel Eutimio Delgado*, cause number 20120C02032.

2. The State's brief is currently due to be filed on October 9, 2015.

3. This extension is requested for 30 days until November 8, 2015.

4. One motion for an extension of time to file the State's brief has been previously requested by the State and granted by this Court.

5. The undersigned attorney for the State has been unable to complete the State's brief in a timely manner during the briefing period and requests this extension due to the following factors:

(a) Since the filing of appellant's brief, the undersigned completed and filed in this Court the State's briefs in the following cases:

*The State of Texas v. Frances Mutei*, Cause Number 08-15-00056-CR, filed on August 13, 2015.

*Ex Parte Lorenzo Garcia*, Cause Number 08-14-00316-CR, filed on September 17, 2015.

(b) The undersigned is responsible for preparing and filing in this Court the State's briefs in the following pending cases:

*Ambros Rubio v. The State of Texas*, Cause Number 08-14-00310-CR, due on November 3, 2015 (final extension).

(c) The undersigned has also completed and filed the State's answer to the applicant's post-conviction writ of habeas corpus, pursuant to article 11.072 of the Code of Criminal Procedure, in the following cases:

*Ex Parte Naomi Ortega*, trial court cause number 20130D03000-34-01, filed on September 29, 2015.

(d) The undersigned is also preparing for an evidentiary hearing on the applicant's post-conviction writ of habeas corpus, pursuant to article 11.09 of the Code of Criminal Procedure, in the following cases:

*Ex Parte Cesar Cordero*, trial court cause number 20110D05095-120-01, hearing set on October 9, 2015.

# PRAYER

WHEREFORE, the State prays that its extension request will be granted until November 8, 2015.

Respectfully submitted,

JAIME ESPARZA
DISTRICT ATTORNEY
34th JUDICIAL DISTRICT

/s/ Bryant Cabrera
BRYANT FRANCIS CABRERA
ASST. DISTRICT ATTORNEY
201 EL PASO COUNTY
COURTHOUSE
500 E. SAN ANTONIO
EL PASO, TEXAS 79901
(915) 546-2059 ext. 3649
FAX (915) 533-5520
EMAIL bcabrera@epcounty.com
SBN 24092210

ATTORNEYS FOR THE STATE

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a copy of the above motion was sent by email, through an electronic-filing-service provider, on October 8, 2015, to appellant's attorney: Gary Hill, garyhillatty@yahoo.com

/s/ Bryant Cabrera
BRYANT FRANCIS CABRERA